UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CLAUDE ARTHUR**
        **Plaintiff,**

   **v.**                                     Civil Action No. 08-230 (PLF)

**LANDIS CONSTRUCTION CO., ET AL.**

        **Defendants.**

**ENTRY OF APPEARANCE**

The Clerk will enter the appearance of the undersigned as counsel for Defendants.

.

-----------/s/-------------------------------------
Joel P. Bennett, Bar No. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, D.C. 20007-3239
202-625-1970
202-625-1973-facsimile
e-mail: jbennett@radix.net