# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
CLAUDE ARTHUR,                                      )
                                                                         )
Plaintiff,                                                          )
                                                                         )
    v.                                                              )
                                                                         )
LANDIS CONSTRUCTION                          )               08-230 (PLF)
CORPORATION, INC.                                    )
and ETHAN LANDIS,                                    )
in his official capacity                                 )
                                                                         )
Defendants.                                                    )
_____)


## JOINT REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ.P. 26(f) and LCvR 16, the parties met via telephone conference on May 7, 2008 to confer on the scheduling of this litigation. The meeting was attended by:

      Denise M. Clark, Attorney for Plaintiff Claude Arthur; and,

      Joel Bennett, Attorney for Defendants Landis Construction Corporation, Ethan Landis and Christopher Landis.

During this telephone meeting Defendants' counsel proposed that this matter be mediated pursuant to LCvR 84. Plaintiff disagrees, and wishes to pursue this litigation in accordance with the dates set forth herein.

1. Plaintiff proposes that all dispositive motions should be filed by July 25, 2008.

2. The Court has set a scheduling conference for May 23, 2008. Plaintiff has no intent to join additional parties at this time; however, Plaintiff would like until June 5, 2008 to amend the pleadings to include any named fiduciaries or plan administrators.

3. The parties agree that the matter should not be assigned to a magistrate judge.

4. Parties agree that settlement is a realistic possibility in this case.

5. Defendants believe that settlement may be enhanced by the use of the Court mediation program. Plaintiff believes that mediation will simply delay the time for reaching settlement. Instead Plaintiff believes that settlement may be completed before discovery closes with the proposed scheduling order.

6. Plaintiff and Defendant intend to file dispositive motions as to Plaintiff's COBRA claim. Both parties believe that if the Court grants either dispositive motion as to this issue, it will resolve that claim.
7. Pre-discovery disclosures. The parties will exchange by June 3, 2008, the information required by Fed.R.Civ.P 26(a)(1) and LCvR 16.3.

8. Discovery Plan. Defendants again propose that discovery does not commence until after mediation. The Plaintiff disagrees and proposes to the Court the following discovery plan:

   Discovery will be needed on the following subjects:
   A. Defendants must disclose all employee benefit plan documents, summary plan descriptions, summary of material modifications, and Form 5500s Landis employee benefit plans covering Landis employees.
   B. Defendants must disclose a copy of the COBRA notice, if any, that was sent to Claude Arthur following his termination.
   C. Defendants must disclose all employee handbooks and material describing employment rights and responsibilities.
   D. Defendants must disclose Plaintiff's personnel file.
   E. Defendants must disclose the time, place and action supporting its claim that Plaintiff was discharged for "gross misconduct".
   F. Defendants must disclose contract between Defendants' and the health insurance carrier.
   G. Defendants must disclose notification of whether Defendants are self-insured or otherwise insured.
   H. Plaintiff must disclose all medical records during his employment with Defendants.

   All discovery commenced in time to be completed by July 11, 2008.

   Maximum of 10 interrogatories by each party to any other party.

   Maximum of 6 depositions by Plaintiff and 6 by Defendants. Each deposition shall be limited to a maximum of 8 hours unless extended by agreement of parties.

9. Defendants prefer that discovery does not commence until after the mediation. Plaintiff however proposes that final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    From Plaintiff by August 1, 2008.

    From Defendants by August 1, 2008.

    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    Plaintiff does not intend to retain experts.

10. Parties agree that Fed.R.Civ.P 23 does not apply to this action.

11. Plaintiff believes the trial should be bifurcated as to Plaintiff's ERISA claims. Defendants disagree.

12. The pretrial conference is scheduled for August 15, 2008 and parties understand that a trial will take place 30 to 60 days after that conference.

13. The parties agree that the Court should set a firm trial date at the first scheduling conference or provide that a trial date will be set at the pretrial conference.

Date: May 16, 2008

       /s/Denise M. Clark                          /s/Joel P. Bennett  
Denise M. Clark (420480)                   Joel P. Bennett (145227)  
The Law Office of Denise M. Clark, PLLC   Law Offices of Joel Bennett, P.C.  
1250 Connecticut Ave, N.W.               1208 Eton Ct., N.W.  
Suite 200                                       Washington, D.C. 20007-3239  
Washington, D.C. 20036                  P:(202) 625-1970/F:(202) 625-1973  
P:(202) 293-0015/F:(202) 293-0115       jbennett@radix.net  
dmclark@benefitcounsel.com              *Attorney for Defendants*  
*Attorney for Plaintiff*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLAUDE ARTHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-230 (PLF) |
| CORPORATION, INC. | ) | |
| and ETHAN LANDIS, | ) | |
| in his official capacity | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Denise M. Clark, certify that on May 16, 2008, a copy of the foregoing *Joint Report of Parties' Planning Meeting* was served via ECF upon Defendants' counsel:

>Joel P. Bennett (145227)
>Law Offices of Joel Bennett, P.C.
>1208 Eton Ct., N.W.
>Washington, D.C. 20007-3239
>P:(202) 625-1970/F:(202) 625-1973
>jbennett@radix.net
>*Attorney for Defendants*

Dated:  May 16, 2008

>Respectfully submitted,

>        s//Denise M. Clark
>Denise M. Clark (420480)
>The Law Office of Denise M. Clark
>1250 Connecticut Ave, N.W.
>Suite 200
>Washington, D.C. 20036
>(202) 293-0015
>dmclark@benefitcounsel.com