**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**CLAUDE ARTHUR**
                    **Plaintiff,**

            **v.**                                          **Civil Action No.  08-230 (PLF)**


**LANDIS CONSTRUCTION CO., ET AL.**

                    **Defendants.**


**STIPULATION OF DISMISSAL**


The parties to this above-entitled action, having met to review the facts in the case and discuss settlement during court-ordered mediation; and, having reached an agreement resolving the issues alleged in Plaintiff's complaint, now stipulate that this action shall be dismissed with prejudice, pursuant to FRCP41(a)(1)(A)(ii).


Dated: August 15, 2008


Respectfully submitted,


|  |  |
|---|---|
| _____/s/Denise M. Clark_____ | _____/s/Joel P. Bennett_____ |
| Denise M. Clark (420480) | Joel P. Bennett (145227) |
| The Law Office of Denise M. Clark, PLLC | Law Offices of Joel Bennett, P.C. |
| 1250 Connecticut Ave, N.W. | 1208 Eton Ct., N.W. |
| Suite 200 | Washington, D.C. 20007-3239 |
| Washington, D.C. 20036 | P:(202) 625-1970/F:(202) 625-1973 |
| P:(202) 293-0015/F:(202) 293-0115 | jbennett@radix.net |
| dmclark@benefitcounsel.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**CLAUDE ARTHUR**
              **Plaintiff,**

      **v.**                                    **Civil Action No.  08-230 (PLF)**

**LANDIS CONSTRUCTION CO., ET AL.**

              **Defendants.**


**CERTIFICATE OF SERVICE**

I certify that on August 15, 2008, I served the Stipulation of Dismissal of the above-captioned case upon Defendant's counsel:

> Joel P. Bennett (145227)
> Law Offices of Joel Bennett, P.C.
> 1208 Eton Ct., N.W.
> Washington, D.C. 20007-3239
> P:(202) 625-1970/F:(202) 625-1973
> jbennett@radix.net
> *Attorney for Defendants*


 via ECF/CM and electronic mail.


                      Respectfully submitted,


                      /s/Denise M. Clark
                      Denise M. Clark (420480)
                      The Law Office of Denise M. Clark, PLLC
                      1250 Connecticut Ave, N.W.        .
                      Suite 200
                      Washington, D.C. 20036
                       P:(202) 293-0015/F:(202) 293-0115
                      dmclark@benefitcounsel.com
                      *Attorney for Plaintiff*